UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>LANG, PAULY, GREGERSON & ROSOW, LTD.,<br><br>Defendant. | ) | Case No.: 00-2070 JRT/FLN<br><br>**STIPULATION** |

The above-named parties hereby stipulate to extend the time within which to Answer the Complaint or otherwise defend until October 16, 2000.

**HINSHAW & CULBERTSON**

Dated: 9.27.00

By ______________________
Thomas J. Barrett, #4918
Duana J. Grage, #277137
3100 Piper Jaffray Tower
222 Ninth Street South
Minneapolis, MN 55402
Telephone: (612) 333-3434
Facsimile: (612) 334-8888
ATTORNEYS FOR PLAINTIFF GREAT AMERICAN INSURANCE COMPANY

**LANG, PAULY, GREGERSON & ROSOW, LTD.**

Dated: 9-27-00

By ______________________
Joseph A. Nilan, Shareholder/Vice President



SEP 28 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**ORDER**

BASED UPON THIS FOREGOING STIPULATION,

IT IS HEREBY ORDERED that the time within which to Answer the Complaint or otherwise defend is extended to October 16, 2000.

BY THE COURT:

Dated: Sept 28, 2000

Franklin L. Noel,
U.S. Magistrate Judge

amaris\great american\stipulation