UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Great American Insurance Company,

Plaintiff,

v.

Lang, Pauly, Gregerson & Rosow,

Defendant.

Civil 00-2070 JRT/FLN

ORDER

---

Plaintiff and defendant have submitted a "Stipulated Motion to Amend the Pretrial Schedule" in the above captioned case. Therein, the parties say they intend to stay discovery and other pretrial activities for the limited purpose of engaging in a global mediation of both this insurance coverage dispute as well as an underlying State Court action which gives rise to the instant declaratory judgment action. The parties have represented that retired Judge Robert Schiefelbein has acted as mediator, and Judge Schiefelbein has confirmed that he intends a follow-up mediation session with the parties. Moreover the parties have represented that there is a motion for summary judgment scheduled to be heard on June 1, 2001, in the underlying case in State Court.

Based upon all of the foregoing, IT IS HEREBY ORDERED that the existing pretrial schedule is suspended. This court will hold a case management conference on July 17, 2001, at 9:00 a.m., unless the parties report before that date that the matter was settled at the next mediation session with Judge Schiefelbein.

DATED: May 14, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED MAY 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________