**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

GREAT AMERICAN INSURANCE, Civil No. 00-2070 (JRT/FLN)

Plaintiff,

v. **ORDER OF DISMISSAL**

LANG PAULY GREGERSON,

Defendant.

---

Thomas J. Barrett, HINSHAW & CULBERTSON, 222 Ninth Street South, Suite 3100, Minneapolis, MN 55402, for plaintiff.

Paul C. Peterson and William L. Davidson, LIND JENSEN SULLIVAN & PETERSON, 150 South Fifth Street, Suite 1700, Minneapolis, MN 55402, for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: Nov 13, 2001
at Duluth, Minnesota.

JOHN R. TUNHEIM
United States District Judge

11

FILED NOV 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK